HENKLE, CRAIG & Co. *v.* SOUTHERN RAILWAY Co., from

Catawba. S. J. Ervin for plaintiff; G. F. Bason and A. B. Andrews, Jr., for defendant. Per Curiam affirmed.